J-S31012-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| MIGUEL ANGEL LANDRAU-MELENDEZ | |
| Appellee | No. 1684 MDA 2015 |

Appeal from the PCRA Order August 31, 2015
In the Court of Common Pleas of Lebanon County
Criminal Division at No(s): CP-38-CR-0000309-2010

BEFORE:  SHOGAN, J., OTT, J., and STRASSBURGER, J.[*]

CONCURRING STATEMENT BY OTT, J.:                **FILED JULY 15, 2016**

I agree with the Majority's conclusion that Landrau-Melendez's third PCRA petition was untimely filed, and that he has failed to prove the applicability of one of the time-for-filing exceptions.  I write separately to underscore my appreciation of the PCRA court's efforts to rectify counsel's ineffectiveness for, admittedly, failing to properly file a petition for allowance of appeal in the Pennsylvania Supreme Court, and then for providing Landrau-Melendez with incorrect information concerning his time for seeking relief.  Unfortunately for Landrau-Melendez, his PCRA petition is now time-barred.

Judge Strassburger joins the concurring statement.

_____

[*] Retired Senior Judge assigned to the Superior Court.